592 A.2d 40

**In re Petition for INVOLUNTARY TERMINATION OF PARENTAL RIGHTS OF J.H.F. II, and P.L.M.**

**Appeal of Patsy Lou MORGAN.**

Supreme Court of Pennsylvania.

Submitted May 6, 1991.

Decided July 15, 1991.

C. Joseph Rehkamp, Millerstown, for appellant.

Shaubut C. Walz, III, Newport, for Percy Roush.

William R. Bunt, New Bloomfield, for Perry Co. Children and Youth Services.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The appeal in this case is dismissed as improvidently granted.